UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:20-CR-00092-DCB-LRA

TIRALE ORLANDO REED

## ORDER

Before the Court is the Motion of the United States of America to vacate the Agreed Preliminary Order of Forfeiture filed by this Court on August 4, 2020 [11] in this case. The Court, being fully advised in the premises, finds that the Motion is well taken and should, therefore, be GRANTED, and herby orders as follows:

ORDERED, that the Agreed Preliminary Order of Forfeiture in this case is hereby vacated, and ownership in the property described in the same shall be divested from the United States of America.

FURTHER ORDERED, that said property be returned by the United States to the custody of the Meridian Police Department, Meridian, Mississippi, which was seized under the authority of the laws of the State of Mississippi, for use in further criminal proceedings and to be disposed of in accordance with the laws of the State of Mississippi.

SO ORDERED on this the 7th day of December 2020.

s/David Bramlette
UNITED STATES DISTRICT JUDGE